

FILED

APR 26 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

ED EMMANUEL KNOX,                    )    Case No. EDCV 09-1313-SVW  (MLG)
       Petitioner,               )
                )    ORDER ACCEPTING AND ADOPTING
       v.                        )    FINDINGS AND RECOMMENDATIONS OF
                )    UNITED STATES MAGISTRATE JUDGE
JAMES WALKER, Warden,                )
       Respondent.               )

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

Dated: April 21, 2011

X_____
Stephen V. Wilson
United States District Judge