JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ED EMMANUEL KNOX,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES WALKER, Warden,<br><br>    Respondent. | Case No. EDCV 09-1313-SVW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 21, 2011

_____
Stephen V. Wilson
United States District Judge